■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE COOPER, Appellant. [918 NYS2d 915]—■■■■■■■■ ■■■■■■■■ Counsel's motion to be relieved of assignment granted *(see People v Crawford,* 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, John R. Schwartz,

A.J.—Absconding from Temporary Release, 1st Degree). Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.